UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTENNIAL PLAZA PROP, LLC and IMARC PROPERTIES, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>TRANE U.S. INC.; F. GREEK DEVELOPMENT INC.; and THREE CUBED, LLC,<br><br>*Defendants*. | Civil Action No. 22-1262<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter is opened as to whether the Court has subject-matter jurisdiction. The Court reviewed the parties' submissions, D.E. 17, 47, 48, 53, 55, and held oral argument on July 7, 2022. For the reasons stated on the record, and for good cause shown,

IT IS on this 7th day of July, 2022,

**ORDERED** that the Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.

John Michael Vazquez, U.S.D.J.